**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

YOUT LLC,

    *Plaintiff*

V.                                             3:20-cv-01602-SRU

RECORDING INDUSTRY
ASSOCIATION OF AMERICA, INC,
DOE RECORD COMPANIES 1-10,

    *Defendants*

## JUDGMENT

This action came on for consideration on defendant's motion to dismiss (Doc. No. 49) before the Honorable Stefan R. Underhill, United States District Judge. The Court, having reviewed all papers filed in conjunction with the motion to dismiss, entered an order on September 30th, 2022 (Doc. No. 61) granting the motion, based on the reasons stated in the ruling. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment shall enter in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 30th day of September 2022.

                                    DINAH MILTON KINNEY, Clerk

                                    By:   /s/ Julia Reis
                                    Deputy Clerk

EOD: 9/30/2022