**MUNGER, TOLLES & OLSON LLP**
350 SOUTH GRAND AVENUE 50TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

July 6, 2023

Writer's Direct Contact
(213) 683-9240
(213) 683-5124 FAX
Rose.Ehler@mto.com

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, N.Y. 10007

Re: *Yout LLC v. Recording Industry Association of America, Inc.*, No. 22-2760 (2d Cir.)

Dear Ms. O'Hagan Wolfe:

I represent Recording Industry Association of America, Inc. in the above-referenced appeal. On May 18, 2023, I submitted an Oral Argument Statement form pursuant to Local Rule 34.1(a).

I am submitting this letter to advise the Court of additional dates through early October 2023 on which I am not available to appear in Court. I remain unavailable on July 24 to August 4. With apologies, I also respectfully request that the Court not calendar argument between August 14 to 16, August 24 to 25, and September 18 to October 6 due to conflicts with arguments and a trial in other matters.

Thank you for your consideration.

Very truly yours,

/s/ Rose Leda Ehler

Rose Leda Ehler

cc: All counsel (via ECF)