

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, N.Y. 10007

Re: Yout LLC v. Recording Industry Association of America, Inc., No. 22-2760 (2d Cir.)

Dear Ms. O'Hagan Wolfe:

I represent Yout LLC in the above-referenced appeal. On May 18, 2023, I submitted an Oral Argument Statement form pursuant to Local Rule 34.1(a).

I am submitting this letter to advise the Court of additional dates through early October 2023 on which I am not available to appear in Court. I remain unavailable on August 21-24, 2023; September 14-17, 2023; and September 23-25, 2023.

With apologies, I also respectfully request that the Court not calendar argument between July 21-28 or August 6-7, due to conflicts with arguments and a pre-planned vacation.

Thank you for your consideration.

Sincerely,

Evan Fray-Witzer

cc: All counsel (via ECF)