**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 22-2760

Caption [use short title]

**Motion for:** Leave to file Amicus Brief Out Of Time

Set forth below precise, complete statement of relief sought:

Movants seek leave to file brief as amici curiae

to raise arguments relating to 17 U.S.C. § 1201

and fair use that were not addressed in parties'

briefing.

Yout LLC v. Recording Industry Association of America, Inc.

**MOVING PARTY:** Suno, Inc. and Uncharted Labs, Inc., d/b/a Udio.com     **OPPOSING PARTY:** Recording Industry Association of America, Inc.

☐ Plaintiff ☐ Defendant

☐ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Luke Ali Budiardjo     **OPPOSING ATTORNEY:** Rose Leda Ehler

[name of attorney, with firm, address, phone number and e-mail]

Latham & Watkins LLP     Munger, Tolles & Olson LLP

1271 Avenue of the Americas, New York, NY 10020     350 South Grand Avenue, Fiftieth Floor, Los Angeles, California 90071

817-307-6844, luke.budiardjo@lw.com     213-683-9240, rose.ehler@mto.com

Court- Judge/ Agency appealed from: Hon. Stefan R. Underhill, U.S. District Court for the District of Connecticut

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:_____

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

Is the oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☑ Yes ☐ No  If yes, enter date: 2/5/2024

**Signature of Moving Attorney:**

/s/ Luke Ali Budiardjo     Date: Oct. 7, 2025     Service : ☑ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)