# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Yout LLC v. Recording Industry Association of America, Inc.  **Docket No.:** 22-2760

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Luke Ali Budiardjo

**Firm:** Latham & Watkins LLP

**Address:** 1271 Avenue of the Americas, New York, New York 10020

**Telephone:** 212-906-1200   **Fax:**

**E-mail:** luke.budiardjo@lw.com

**Appearance for:** Suno, Inc. and Uncharted Labs, Inc., d/b/a Udio.com, Amicus Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: neither party )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Luke Ali Budiardjo

**Type or Print Name:** Luke Ali Budiardjo