# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Yout LLC v. Recording Industry Association of America, Inc.　Docket No.: 22-2760

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Brittany N. Lovejoy

Firm: Latham & Watkins LLP

Address: 505 Montgomery Street, Suite 2000, San Francisco, CA 94111

Telephone: 415-391-0600　Fax:

E-mail: brittany.lovejoy@lw.com

Appearance for: Suno, Inc. and Uncharted Labs, Inc., d/b/a Udio.com, Amicus Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: neither party )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 7, 2025　OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Brittany N. Lovejoy

Type or Print Name: Brittany N. Lovejoy