## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Yout LLC v. Recording Industry Association of America, Inc.  Docket No.: 22-2760

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Ruth M. Hirsch

Firm: Latham & Watkins LLP

Address: 555 Eleventh Street, NW, Suite 1000, Washington DC 20004

Telephone: 202-637-2200    Fax:

E-mail: ruth.hirsch@lw.com

Appearance for: Suno, Inc. and Uncharted Labs, Inc., d/b/a Udio.com, Amicus Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: neither party )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: _[signature]_

Type or Print Name: Ruth M. Hirsch