# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of October, two thousand twenty-five.

Present:
> Pierre N. Leval,
> Susan L. Carney,
> Richard J. Sullivan,
> > *Circuit Judges.*

_____

Yout, LLC

> *Plaintiff-Appellant*,

             v.                     No. 22-2760

Recording Industry Association of America, Inc.,
Doe Record Companies, 1-10,

> *Defendants-Appellees.*

_____

      IT IS HEREBY ORDERED that Suno, Inc. and Uncharted Labs, Inc.'s motion to file an amicus brief in support of neither party out of time is GRANTED. IT IS FURTHER ORDERED that Plaintiff-Appellant and Defendants-Appellees may file supplemental briefs, not to exceed twenty double-spaced pages in length, in response to the arguments raised by Amicus.

      If they choose to do so, the parties shall file their supplemental briefs by Monday, November 10, 2025.

> For the Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court