# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

———————————

  At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of November, two thousand twenty-five.

Present:
> Pierre N. Leval,
> Susan L. Carney,
> Richard J. Sullivan,
>   *Circuit Judges*.

———————————————————————————————

Yout, LLC,

  *Plaintiff-Appellant*,

v.                             No. 22-2760

Recording Industry Association of America, Inc.,
Doe Record Companies, 1-10,

  *Defendants-Appellees*.

———————————————————————————————

  IT IS HEREBY ORDERED that Plaintiff-Appellant Yout LLC's motion to extend the time for filing a response brief is GRANTED. If it chooses to do so, Yout LLC shall file its supplemental brief by Thursday, November 20, 2025.

                   For the Court:
                   Catherine O'Hagan Wolfe,
                   Clerk of Court